THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL JACKSON,<br><br>Defendant. | CASE NO. CR16-0301-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion to dismiss (Dkt. No. 5). On November 2, 2016, Defendant Nathaniel Jackson was indicted on firearm and drug offenses. (Dkt. No. 1.) Jackson has not yet appeared in this matter. Around the same time, Jackson was sentenced to 18 years of imprisonment in Mississippi. (Dkt. No. 5 at 1.) Accordingly, the Government moves to dismiss the indictment without prejudice. (*Id.*) Should the conviction and/or sentence be vacated, the Government reserves the right to refile the charges. (*Id.* at 2.)

Based on the aforementioned circumstances, the motion (Dkt. No. 5) is GRANTED. The indictment against Defendant Nathaniel Jackson is DISMISSED without prejudice. The Clerk is DIRECTED to close this case.

//

//

//

1       DATED this 29th day of June, 2017.

                                                           John C. Coughenour
                                                           UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2